**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Aaron Wildenborg, | Civil File No.:  16-CV-03610 (DWF/LIB) |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Saint John's University and the College of Saint Benedict, | |
| Defendants. | |

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective undersigned attorneys, that Plaintiff's claims and Complaint against Defendants may be, and hereby are dismissed on the merits with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

It is further stipulated and agreed that an appropriate Order for Judgment with Prejudice may be entered by the Court.

**SCHOOL LAW CENTER, LLC**

Dated:   February 20, 2018

By: s/ Andrea Jepsen
Andrea Jepsen (MN# 0386781)
452 Selby Avenue, Suite 2E
St. Paul, Minnesota 55102
Telephone: (612) 333-3000
Facsimile:  (612) 333-8829
ajepsen@schoollawcenter.com

*Attorneys for Plaintiff*

|  |  |
|---|---|
|  | **BASSFORD REMELE**<br>*A Professional Association* |
| Dated:  February 20, 2018 | By: s/ Jonathan P. Norrie<br>Jonathan P. Norrie (MN #347309)<br>Christine E. Hinrichs (MN #389963)<br>100 South Fifth Street, Suite 1500<br>Minneapolis, Minnesota  55402<br>Telephone:  (612) 333-3000<br>Facsimile:  (612) 333-8829<br>jnorrie@bassford.com<br>chinrichs@bassford.com<br><br>*Attorneys for Defendants* |