## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Aaron Wildenborg, | Civil No. 16-3610 (DWF/LIB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Saint John's University and the College of Saint Benedict, | |
| Defendants. | |

Based upon the parties' Stipulation for Dismissal With Prejudice filed on February 20, 2018, (Doc. No. [48]),

**IT IS HEREBY ORDERED** that Plaintiff's claims and Complaint against Defendants are **DISMISSED WITH PREJUDICE**, on the merits, and without costs, disbursements or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 21, 2018          s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge